# United States District Court
# District of Massachusetts

JEAN MONVIL,
    Plaintiffs,

v.     CIVIL ACTION NO. 16-11164-ADB

TUFTS UNIVERSITY.
    Defendant .

## *REPORT RE:*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On September 6 2017, I held a mediation session at Boston, Massachusetts.

    The plaintiff and a representative of the defendant were present; both parties were represented by counsel..

    [X]   The case is SETTLED.  Your Clerk should issue a 45-day order.

September 19, 2017.    *Robert B. Collings*

                                    ROBERT B. COLLINGS
                                    United States Magistrate Judge

Copy to:    Judge Burroughs, Brendan Garvin